UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00151-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ARMANDO CASTANEDA-PALMA,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#10)** on May 4, 2007 by Defendant Armando Castaneda-Palma. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **June 18, 2007** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **June 22, 2007** and the **June 25, 2007** trial date are **VACATED**.

Dated this 7th day of May, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge